**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

SANDRA G. CAHILL, as Personal
Representative of the Estate of
DAVID W. CAHILL, M.D.,

                Plaintiff,

-vs-                                          Case No.  8:05-cv-2379-T-24MSS

THE UNITED STATES OF AMERICA,

                Defendant.
_____

EDWARD W. BROWN,

                Plaintiff,

-vs-                                          Case No.  8:05-cv-2380-T-24MSS

THE UNITED STATES OF AMERICA,

                Defendant.
_____

CHARLES PHILLIP LOMEL, JR. and
MARGARET LOWELLE MEYER LOMEL,

                Plaintiffs,

-vs-                                          Case No.  8:05-cv-2381-T-24MAP

THE UNITED STATES OF AMERICA,

                Defendant.
_____

AMBER RENE MURPHY, as Personal
Representative of the Estate
JOHN M. MURPHY,

                         Plaintiff,

-vs-                                                                         Case No. 8:05-cv-2382-T-24EAJ

THE UNITED STATES OF AMERICA,

                         Defendant.
_____/

## **ORDER**

This action was initiated on December 29, 2005, with the filing of <u>Cahill v. United States of America</u>, 8:05-cv-2379-T-24MSS and <u>Brown v. United States of America</u>, 8:05-cv-2380-T-24MSS.  Thereafter, the following related cases were filed in this Court and subsequently transferred to the Honorable Susan C. Bucklew, United States District Judge:

1. <u>Lomel et al. v. United States of America</u>, Case No. 8:05-cv-2381-T-24MAP; and

2. <u>Murphy v. United States of America</u>, Case No. 8:05-cv-2382-T24EAJ.

Plaintiffs filed a joint amended motion to consolidate for discovery and trial on liability <u>Cahill v. United States of America</u>, Case No. 8:05-cv-2379-T-24MSS with the later-filed cases (Doc. No. 14 filed in 8:05-cv-2379-T-24MSS).  Plaintiffs represent that Defendant has no objection to a consolidation of the cases.  Similar motions were filed in the related cases (Doc. No. 14 filed in 8:05-cv-2380-T-24MSS, Doc. No. 10 filed in 8:05-cv-2381-T-24MAP, and Doc. No. 10 filed in 8:05-cv-2382-T-24EAJ).

Having considered the motions and being otherwise fully advised, it is **ORDERED AND ADJUDGED** that:

(1) Plaintiffs' Amended Motion to Consolidate for Discovery and Trial on Liability (Doc. No. 14 filed in 8:05-cv-2379-T-24MSS) is **GRANTED**;

(2) Case Nos. 8:05-cv-2380-T-24MSS, 8:05-cv-2381-T-24MAP, and 8:05-cv-2382-T24EAJ are hereby consolidated with <u>Cahill v. United States of America</u>, Case No. 8:05-cv-2379-T-24MSS.  Case No. 8:05-cv-2379-T-24MSS will be the lead case number, and all further pleadings shall be filed therein; and

(3) The Clerk is directed to administratively **CLOSE** Case Nos. 8:05-cv-2380-T-24MSS, 8:05-cv-2381-T-24MAP, and 8:05-cv-2382-T24EAJ and **TERMINATE** all pending motions.

**DONE AND ORDERED** at Tampa, Florida, this 20th day of April, 2006.

SUSAN C. BUCKLEW
United States District Judge

Copies to: Counsel of Record