UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SANDRA CAHILL, et al.,

      Plaintiffs,

v.                                            Case No. 8:05-cv-2379-T-24 MSS

UNITED STATES OF AMERICA,

      Defendant.
_____/

**O R D E R**

This cause comes before the Court for consideration of counsel for Plaintiffs' Oral Motion to Bring Electronic Equipment into the Courtroom during the trial in this case. Having considered the motion, and being otherwise fully advised, it is **ORDERED AND ADJUDGED** that Plaintiffs' motion is **GRANTED** as follows:

(1) Plaintiffs' counsel, Christopher S. Morin, John M. Murray, Alan F. Wagner, Bill Wagner, and Scott C. Murray shall each be allowed to bring a laptop computer and accessories thereto, into the courthouse for the duration of the trial scheduled in the above case, which is set to begin on February 19, 2008.

(2) Plaintiffs' counsel, Christopher S. Morin and Bill Wagner shall each be allowed to bring one cellphone device into the courthouse for the duration of the trial scheduled in the above case, which is set to begin on February 19, 2008. Said cellphone devices shall be kept in the "vibrate" or "silent" mode and may be used only outside of the courtroom.

(2) Persons authorized by this Order shall present a copy of this Order to security personnel each time they enter the courthouse with any of the electronic equipment herein permitted.

(3) All electronic equipment is subject to inspection by courthouse security personnel at their discretion.

**DONE AND ORDERED** at Tampa, Florida, this 10th day of January, 2008.

Susan C. Bucklew
SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record
U.S. Marshal/Court Security-Front Desk