UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SANDRA CAHILL, et al.,

    Plaintiffs,

v.                                  Case No. 8:05-cv-2379-T-24 MSS

UNITED STATES OF AMERICA,

    Defendant.
_____/

**ORDER**

    This cause comes before the Court on Defendant, the United States of America's Motion *In Limine* to Exclude the Testimony of Plaintiffs' Causation Expert, Dr. Barnes W. McCormick. (Doc. No. 53.) Plaintiffs have filed a response in opposition. (Doc. No. 55.)

    The United States argues that Dr. Barnes W. McCormick's testimony is unreliable and irrelevant, and therefore should not be admitted into evidence, pursuant to Rule 702 of the Federal Rules of Evidence and the standards articulated in *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993). Plaintiffs respond that, because this case will be a non-jury trial, the Court's role as gatekeeper is not implicated. Plaintiffs request that the Court allow Dr. McCormick to testify at trial, and then determine whether his testimony is reliable and accord it the weight it deserves.

    Upon consideration, this Court agrees that its gatekeeping obligation is less critical in connection with a bench trial. *See N.W.B. Imports and Exports, Inc. v. Eiras*, No. 3:03-cv-1071-J-32-MMH, 2005 WL 5960920, at *1 (M.D. Fla. March 22, 2005) (citations omitted). Therefore, the Court will receive Dr. McCormick's testimony, and will then accord it the weight,

if any, it deserves. The United States may attack Dr. McCormick's testimony through "[v]igorous cross examination [and the] presentation of contrary evidence." *Daubert*, 509 U.S. at 596.

Accordingly, it is **ORDERED AND ADJUDGED** that the United States of America's Motion *In Limine* to Exclude the Testimony of Plaintiffs' Causation Expert, Dr. Barnes W. McCormick (Doc. No. 53) is **DENIED**.

**DONE AND ORDERED** at Tampa, Florida, this 5th day of February, 2008.

*Susan C. Bucklew*
SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record