## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

SANDRA G. CAHILL, as Personal
Representative of the Estate of
DAVID W. CAHILL, M.D.

      Plaintiff,

vs.

      Lead Case No.: 8:05-CV-2379-T-24MSS

**MEMBER CONSOLIDATED CASES**
Brown v. USA:  8:05-CV-02380-SCB-MSS
THE UNITED STATES OF     Lomel v. USA:  8:05-CV-02381-SCB-MAP
AMERICA,     Murphy v. USA:  8:05-CV-02382-SCB-EAJ

      Defendant.
_____/

## O R D E R

This cause comes before the Court on the parties' Joint Stipulation Withdrawing & Vacating Bill of Costs. (Doc. No. 102.) In the stipulation, the parties agree to withdrawing the United States' Proposed Bill of Costs (Doc. No. 94), to vacating the Bill of Costs entered by the Clerk (Doc. No. 95), and that each party shall bear its own costs and attorney's fees. The parties further agree that Plaintiffs' various motions, responses, and replies directed at the Bill of Costs should be rendered moot. (Doc. Nos. 96, 97, 98, and 100.)

Upon consideration, it is **ORDERED AND ADJUDGED** that:

(1) Plaintiff, Sandra Cahill and Edward Brown's Motion to Clarify Taxation of Costs, Motion to Deny Costs, and Alternative Motion to Retax Costs (Doc. No. 96) is **DENIED AS MOOT**;

(2) The Clerk is directed to vacate the Bill of Costs entered on April 22, 2008 (Doc. No. 95); and

(3)     Each party shall bear its own costs and attorney's fees.

**DONE AND ORDERED** at Tampa, Florida, this 17th day of June, 2008.

Copies to:
Counsel of Record

SUSAN C. BUCKLEW
United States District Judge